UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. ALVAREZ, | No. C 11-373 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAUL LOPEZ, warden, | |
| Respondent. | |

This action is dismissed.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 25, 2011

SUSAN ILLSTON
United States District Judge